IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KATHLEEN M. KUMP, o/b/o N.K.D., | CASE NO. 1:14CV2384 |
| Plaintiff, | |
| v. | MAGISTRATE JUDGE KENNETH S. McHARGH |
| COMMISSIONER OF SOCIAL SECURITY, | JUDGMENT ENTRY |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion & Order filed December 2, 2015, the Court VACATES the decision of the Commissioner of Social Security and REMANDS the case back to the Social Security Administration.

IT IS SO ORDERED.

s/ Kenneth S. McHargh
Kenneth S. McHargh
United States Magistrate Judge

Date: December 2, 2015